United States District Court
Southern District of Texas
**ENTERED**
July 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| CAPA CONSULTING, LLC, § § Plaintiff. § § v. § § CONROE SENIOR LIVING, LLC, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 3:23-cv-00203 |

## ORDER

The court orders the parties in the above-captioned case to submit to and participate in a settlement conference in August 2024 before United States Magistrate Judge Dena Palermo. The mediation will be conducted by Zoom. There will be no cost to either party. Each party is ordered to participate in good faith and to include a representative at the conference who has full authority to negotiate a settlement.

SIGNED this 29th day of July 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE